IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUANE SMITH,<br><br>                Plaintiff,<br><br>vs.<br><br>REXON INDUSTRIAL CORP., POWER TOOLS SPECIALISTS, INC.,<br><br>                Defendants. | 8:14CV347<br><br>**ORDER** |

IT IS ORDERED:

1) Defendants' unopposed motion, (Filing No. 25), is granted, in part.

2) All unexpired deadlines within the court's final progression order are set aside pending further order of the court.

3) A telephonic conference before the undersigned magistrate judge will be held on September 15, 2015 at 9:30 a.m. to discuss the further progression of this case. In preparation for that call, counsel shall email a proposed amended progression schedule to zwart@ned.uscourts.gov on or before September 14, 2015. Counsel for plaintiff shall place the call.

4) The trial and pretrial conference settings are unchanged.

June 11, 2015.

                                                          BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge